FILED BY _____ D.C.

05 JUL 14 PM 4:00

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**ANTHONY WILLIS,**

    Defendant.

Case No.: 05-20029 D

---

### ORDER

---

Before the court is the motion of Defendant to Amend Conditions of Pretrial Release to Allow Weekend Travel.

The Court hereby:

    ✓ Grants

    ___ Denies

Defendant's Motion to Amend Conditions of Pretrial Release to Allow Weekend Travel.

**IT IS SO ORDERED** this __14th__ day of __July__, 2005.

_____
BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __7/15/05__

34

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:05-CR-20029 was distributed by fax, mail, or direct printing on July 15, 2005 to the parties listed.

---

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Charles E. Waldman
WALDMAN & ASSOCIATES
200 Jefferson Ave.
Ste. 210
Memphis, TN 38103

L. Daniel Johnson
LAW OFFICE OF L. DANIEL JOHNSON
254 Court Ave.
Ste. 300
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT